UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** *Plaintiff* | § § § | |
| v. | § § | Case No. 1:22-MJ-346-SH |
| **Juan Ignacio Soria Gamez,** *Defendant* | § § | |

## O R D E R

Now before the Court is Defendant Juan Ignacio Soria Gamez's Unopposed Motion to Substitute Counsel, filed April 21, 2022 (Dkt. 18).

Defendant asks to substitute John T. Floyd and Chris Choate for Federal Public Defender Charlotte Anne Herring, who was appointed by the Court to represent Defendant. The Government does not oppose the motion.

Having considered the motion, the undersigned finds that there is good cause to permit the substitution of counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant Juan Ignacio Soria Gamez's Unopposed Motion to Substitute Counsel (Dkt. 18) is **GRANTED**. Charlotte Anne Herring is hereby **WITHDRAWN** and John T. Floyd #00790700 and Chris Choate #24045655 are **SUBSTITUTED** as Defendant's counsel of record.

**SIGNED** on April 25, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE